FILED
APR - 4 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 13CR1157 MMA |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 20, U.S.C., Sec. 1097(b) - Financial Aid Fraud |
| CHRISTINA MILLER, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 24, 2009, within the Southern District of California, defendant CHRISTINA MILLER, did knowingly and willfully make a false statement, furnish false information, and conceal material information in connection with the assignment of a financial aid loan which was made and insured under subchapter IV and Chapter 28 of Title 20, United States Code, and part C of subchapter I of chapter 34 of Title 42, United States Code; all in violation of Title 20, United States Code, Section 1097(b).

DATED: 3/29/13.

LAURA E. DUFFY
United States Attorney

CHRISTOPHER P. TENORIO
Assistant U.S. Attorney